

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00482-CV

**IN RE** Esperanza **HUGHES**,

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54382-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

    Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to November 30, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court